1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-mail: ron.richman@bullivant.com
5  E-mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 | BOARD OF TRUSTEES OF THE              | Case No.: C 08 02855 VRW
   | LABORERS HEALTH AND WELFARE           |
12 | TRUST FUND FOR NORTHERN               | **STATEMENT IN LIEU OF CASE**
   | CALIFORNIA; BOARD OF TRUSTEES OF      | **MANAGEMENT CONFERENCE**
13 | THE LABORERS VACATION-HOLIDAY         | **STATEMENT; ORDER THEREON**
   | TRUST FUND FOR NORTHERN               |
14 | CALIFORNIA; BOARD OF TRUSTEES OF      |
   | THE LABORERS PENSION TRUST FUND       | Date:     September 18, 2008
15 | FOR NORTHERN CALIFORNIA; and          | Time:     3:30 p.m.
   | BOARD OF TRUSTEES OF THE              | Ctroom:   6, 17th Floor
16 | LABORERS TRAINING AND RETRAINING      |           Hon. Vaughn R. Walker
   | TRUST FUND FOR NORTHERN               |
17 | CALIFORNIA,                           |

18                Plaintiffs,

19       v.

20 JORGE RAFAEL ABOGADO dba DEEPSPIN
   CONCRETE CUTTING,
21
                  Defendant.
22

23       Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

24       On June 9, 2008 Plaintiffs filed their Complaint for Damages for Breach of Collective

25 Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary

26 Duty And For A Mandatory Injunction ("Complaint") against Defendant Jorge Rafael Abogado

27 dba Deepspin Concrete Cutting ("Jorge Rafael Abogado").

28

                                    – 1 –

1   Defendant's Answer was due on or before July 7, 2008. No Answer has been filed by

2   Defendant. On September 16, 2008 Plaintiffs filed their Request for Clerk's Entry of Default.

3   Plaintiffs anticipate that they will prepare and file their Motion for Default Judgment within the

4   next 120 days.

5        Based on the above, Plaintiffs respectfully request that this Court extend the Case

6   Management Conference for 120 days to allow Plaintiffs to prepare and file their Motion for

7   Default Judgment.

8   DATED: September 16, 2008

9                  BULLIVANT HOUSER BAILEY PC

10

11                 By _____

12                   Ronald L. Richman
                     Susan J. Olson

13                 Attorneys for Plaintiffs

14

15  **CASE MANAGEMENT ORDER**

16       The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

17  Statement and good cause appearing therefore:

18       IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

19  for September 18, 2008 at 3:30 p.m. be continued to _____December 11_____, 2008 at 3:30

20  p.m., Courtroom 6, 17th Floor.

21  DATED: September __18__, 2008

22

23              By _____
                HON. VAUGHN R WALKER

24              UNITED STATES DISTRICT JUDGE

25

26

27  10785998.1

28

STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON