| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
| 2 | Susan J. Olson, SBN 152467<br>BULLIVANT HOUSER BAILEY PC |
| 3 | 601 California Street, Suite 1800<br>San Francisco, California 94108 |
| 4 | Telephone: 415.352.2700<br>Facsimile: 415.352.2701 |
| 5 | E-Mail: ron.richman@bullivant.com<br>E-Mail: susan.olson@bullivant.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE RAFAEL ABOGADO dba DEEPSPIN CONCRETE CUTTING,<br><br>Defendant. | Case No.: C 08 02855 VRW<br><br>**STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: December 11, 2008<br>Time: 3:30 p.m.<br>Ctroom: 6, 17th Floor<br>Hon. Vaughn R. Walker |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On June 9, 2008 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty And For A Mandatory Injunction ("Complaint") against Defendant Jorge Rafael Abogado dba Deepspin Concrete Cutting ("Jorge Rafael Abogado").

Defendant's Answer was due on or before July 7, 2008. No Answer was filed by Defendant. On September 19, 2008 the Clerk entered the Default of Defendant. Plaintiffs will have the Motion for Default Judgment filed with this Court within the next 30 days.

Based on the above, Plaintiffs respectfully request that this Court extend the Case Management Conference for 30 days to allow Plaintiffs to finalize their Motion for Default Judgment.

DATED: December 9, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Statement in Lieu of Case Management Conference Statement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for December 11, 2008 at 3:30 p.m. be continued to ____February 5____, 2009 at 3:30 p.m., Courtroom 6, 17th Floor.

DATED: December __10__, 2008

By _____
HON.
UNITED STATES DISTRICT JUDGE

*GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California*