Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE RAFAEL ABOGADO dba DEEPSPIN CONCRETE CUTTING,<br><br>Defendant. | Case No.: C 08 02855 VRW<br><br>**PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date: February 5, 2009<br>Time: 3:30 p.m.<br>Ctroom: 6, 17th Floor<br>Hon. Vaughn R. Walker |

Plaintiffs Request that this Court Vacate the Case Management Conference on the following grounds.

On June 9, 2008 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty And For A Mandatory Injunction ("Complaint") against Defendant Jorge Rafael Abogado dba Deepspin Concrete Cutting ("Jorge Rafael Abogado").

– 1 –
PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE

Defendant's Answer was due on or before July 7, 2008. No Answer was filed by Defendant. On September 19, 2008 the Clerk entered the Default of Defendant.

On January 12, 2009 Plaintiffs filed their Motion for Default Judgment. Hearing is set for April 9, 2009.

Based on the above, Plaintiffs respectfully request that this Court vacate the Case Management Conference.

DATED: January 27, 2009

                           BULLIVANT HOUSER BAILEY PC


By _/s/ Ronald L. Richman_____
    Ronald L. Richman
    Susan J. Olson

    Attorneys for Plaintiffs

### CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Request To Vacate Case Management Conference and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 5, 2009 at 3:30 p.m. be vacated.

DATED: January____, 2009

By _____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Vaughn R Walker, Northern District of California stamp]

11073538.1

— 2 —
PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE