Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE RAFAEL ABOGADO dba DEEPSPIN CONCRETE CUTTING,<br><br>Defendant. | Case No.: C 08 02855 VRW<br><br>**REQUEST TO CONTINUE MOTION FOR DEFAULT JUDGMENT; ORDER THEREON**<br><br>Date: April 9, 2009<br>Time: 2:30 p.m.<br>Ctroom: 6, 17th Floor<br>Hon. Vaughn R. Walker |

– 1 –
REQUEST TO CONTINUE MOTION FOR DEFAULT JUDGMENT; ORDER THEREON

Plaintiffs respectfully request that this Court continue the hearing on Plaintiffs' Motion for Default Judgment to June 4, 2009 on the grounds that counsel for Plaintiffs has an unexpected conflict, no opposition has been filed by Defendant and Plaintiffs do not anticipate that Defendant will make an appearance at the hearing.

DATED: April 2, 2009

                                        BULLIVANT HOUSER BAILEY PC

                                        By  _____
                                                Ronald L. Richman
                                                Susan J. Olson

                                        Attorneys for Plaintiffs

## ORDER

Upon request by Plaintiffs counsel and no opposition having been filed in conjunction with Plaintiffs' Motion for Default Judgment:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment be continued from April 9, 2009 to June 4, 2009 at 2:30 p.m., Courtroom 6, 17th Floor.

DATED: April 3, 2009

                                        By  _____
                                                HON. VAUGHN R. WALKER
                                                UNITED STATES DISTRICT JUDGE

*[GRANTED stamp signed by Judge Vaughn R Walker, United States District Court, Northern District of California]*

11454553.1

**PROOF OF SERVICE**

*Laborers v. Jorge Rafael Abogado dba Deepspin Concrete Cutting*
USDC Case No.: C 08 02855 VRW

      I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On April 2, 2009, I served the document(s) entitled:

**REQUEST TO CONTINUE MOTION FOR DEFAULT JUDGMENT; ORDER THEREON**

upon the following parties:

Jorge R. Abogado
dba Deepspin Concrete Cutting
4449 North Village Street
Buckeye, AZ 85396

(X)    BY MAIL (CCP § 1013a): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed true and correct copies of the above-titled document(s) in envelopes addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelopes and placed them for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( )    BY FACSIMILE TRANSMISSION (CRC 2008(e)): I transmitted the documents by facsimile transmission by placing them in a facsimile machine (telephone number 415-352-2701) and transmitting them to the facsimile machine telephone numbers listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( )    BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed true and correct copies of the above-titled document(s) in envelopes addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelopes and placed them for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )    BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I placed true and correct copies of the above-titled document(s) in sealed envelopes addressed as indicated above. I delivered each of said envelopes by hand to a receptionist or person having charge of it at the address on the envelope, or, if no person was present, by

– 1 –
PROOF OF SERVICE

1 leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

( ) <u>BY PERSONAL SERVICE UPON A PARTY</u> (CCP § 1011(b)): I placed true and correct copies of the above-titled document(s) in sealed envelopes addressed as indicated above. I delivered each of said envelopes by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2009, at San Francisco, California.

_____
Cristina Bonnevie

-2-
PROOF OF SERVICE