IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEE OF THE LABORERS  No   C 08-2855 VRW
HEALTH AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al             ORDER

    Plaintiffs,

    v

JORGE RAFAEL ABOGADO dba DEEPSPIN
CONCRETE CUTTING,

    Defendant.
_____/

    The court requests further information from counsel regarding the amount of damages resulting from contributions paid by defendant subsequent to the filing of the complaint (the "late-paid" contributions).

1) What authority can counsel provide for the proposition that damages should be paid under 29 USC § 1132(g)(2)(E)?

2) If the court instead calculates damages under 29 USC § 1132(g)(2)(B)-(D), what amount should plaintiffs receive? See <u>Northwest Administrators, Inc v Albertson's, Inc</u>, 104 F3d 253, 257 (9th Cir 1996).

Counsel should be prepared to address the court's questions at the hearing scheduled for June 4, 2009 at 10 AM.

    IT IS SO ORDERED.

                                            VAUGHN R WALKER  
                                            United States District Chief Judge